UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.

            Case No. 2:23-cr-99(1)
            JUDGE EDMUND A. SARGUS, JR.

MAHAD S. JAMA,
   Defendant.

### ORDER

This matter is before the Court on an Unopposed Motion to Amend/Correct Order with respect to the fine by USA as to Defendant Mahad S. Jama. (ECF No. 112.) The Government moves the Court to correct a clerical error on the Amended Judgment (ECF No. 109) for Mr. Jama eliminating the monetary fine of $4,000—which was included in error—and clarifying that the $4,000 was the restitution award. (*Id.* PageID 522.)

Under Federal Rule of Criminal Procedure 36, "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, . . . arising from oversight or omission." For good cause shown, the Government's Motion is **GRANTED**.

IT IS SO ORDERED.

9/10/2025
DATE

                _____
                EDMUND A. SARGUS, JR.
                UNITED STATES DISTRICT JUDGE